## AMERICAN NAT. INS. CO. v. BLALOCK. (No. 1881.)

(Court of Civil Appeals of Texas. Texarkana. Dec. 21, 1917. Rehearing Denied Jan. 3, 1918.)

INSURANCE ⊜⊃602 — ACTION — ATTORNEY'S FEES.

In action for $165, unpaid portion of insurance policy, with 12 per cent. damages and reasonable attorney's fees, allowance by trial court of $100 attorney's fees was excessive by the sum of $50.

Appeal from Bowie County Court; J. B. Lytal, Judge.

Action by Henry Blalock against the American National Insurance Company. From judgment for plaintiff, defendant appeals. Affirmed on condition.

W. H. Arnold, Jr., of Texarkana, for appellant. Wheeler & Wheeler, of Texarkana, for appellee.

HODGES, J. This is an appeal from a judgment in favor of the appellee for the

unpaid portion of an insurance policy. The important question of law involved has already been determined by this court in American National Insurance Co. v. Hawkins, 189 S. W. 330. It is unnecessary to repeat what is there said.

The suit was for only $165, with 12 per cent. damages and reasonable attorney's fees. The trial court allowed $100 as attorney's fees. This amount we think is excessive. If the appellee will file in this court within ten days a remittitur of $50, the judgment will be affirmed; otherwise it will be reversed and remanded.